Jose Ayon P-22590

P.O. Box 6000 B6 104

Delano, Ca. 93216



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jose Ayon-Petitioner,                       No. CV08 657 MJJ (PR)


            -v-                             Motion for Extension

                                            of Time,

Tony Hedgpeth-Warden,

        Respondent.


   Petitioner hereby moves this Court for an extension of time to file the application to proceed in forma pauperis.

   This motion is based on the attached declaration and the papers and files in this case.

March 2, 2008

                                    Respectfully submitted,

                                    ___Jose Ayon___
                                    Petitioner

1

DECLARATION OF JOSE AYON

I, Jose Ayon, hereby declare as follows:

1. I am the Petitioner in this action.

2. The application to proceed in forma pauperis was due February 28, 2008. However, I did not receive the order to file the application until February 28, the very date the application was due. This was the result of either Court or mail delay.

3. Moreover, the prison trust office usually takes approximately a month to process an in forma pauperis application and return it to the inmate for mailing.

4. As a result, I will need an extension of time, until March 28, in which to file the certified application.

   I, Jose Ayon, swear under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of March, 2008 at P.O. Box 6000, Delano, California 93216.

                                           _____
                                                   Declarant