IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AYON JOSE   Plaintiff, ) CASE NO. C08-657 MJJ
            )
v.          ) PRISONER'S
            ) IN FORMA PAUPERIS
TONY HEDGPETH – Warden ) APPLICATION
            Defendant. )

I, Jose Ayon, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____   Net: _____∅_____

Employer: _____∅_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____N/A_____ $∅

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes _____ No _X_
    b. Income from stocks, bonds, or royalties?    Yes _____ No _X_
    c. Rent payments?    Yes _____ No _X_
    d. Pensions, annuities, or life insurance payments?    Yes _____ No _X_
    e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

_____

3. Are you married?    Yes _____ No _X_

Spouse's Full Name: __N/A__

Spouse's Place of Employment: __N/A__

Spouse's Monthly Salary, Wages or Income:

Gross $ __0__      Net $ __0__

4. a. List amount you contribute to your spouse's support:

$ __0__

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

__N/A $ 0__

_____

5. Do you own or are you buying a home?    Yes _____ No _X_

Estimated Market Value: $ __0__    Amount of Mortgage: $ __0__

6. Do you own an automobile?    Yes _____ No _X_

Make __0__    Year __0__    Model __0__

Is it financed? Yes _____ No _X_ If so, Total due: $ __0__

Monthly Payment: $ __0__

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____  No ✗

Name(s) and address(es) of bank: __None__

Present balance(s): $ __0__

Do you own any cash?  Yes _____  No ✗  Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes _____  No ✗

__N/A__

8.  What are your monthly expenses?

Rent: $ __0__          Utilities: __0__

Food: $ __0__          Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ 0 | $ 0 |
|  | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__N/A__

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__2/24/08__                              __[signature]__
DATE                                      SIGNATURE OF APPLICANT

3

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Jose Uyoa_ for the last six months at
[prisoner name]
_Kern Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _10.82_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _11.73_.

Dated: _2/28/08_            _V. Scruggs_
                            Authorized officer of the institution

4

```
REPORT ID: TS3030 .701                              REPORT DATE: 02/28/08
                                                    PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT


                    FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : P22590              BED/CELL NUMBER: FBB600000000104U
ACCOUNT NAME   : AYON, JOSE ALBERTO  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE
----- ----  -------------  ---------  ---------  ---------  -----------  -------

09/01/2007  BEGINNING BALANCE                                                3.65

09/10*VD54 INMATE PAYROL 0392/AUG69              14.04                      17.69
10/04*VD54 INMATE PAYROL 0540SEPT85               9.83                      27.52
11/06*VD54 INMATE PAYROL 0713/OCT43              12.64                      40.16
11/13 FC02 DRAW-FAC 2    0753/FB3D                             35.00         5.16
12/05 W512 LEGAL POSTAGE 0852/LPOST                             4.60         0.56
12/06*VD54 INMATE PAYROL 0862NOV229              11.07                      11.63
12/07 W512 LEGAL POSTAGE 0875/LPOST                             0.58        11.05
12/11 FC02 DRAW-FAC 2    0902/FB3D                             11.05         0.00
  ACTIVITY FOR 2008
01/07*VD54 INMATE PAYROL 1018/DEC71               8.96                       8.96
01/30 W509 LIBRARY DUE T 1181/LIBRA                             1.40         7.56
01/30 W516 LEGAL COPY CH 1181 LCOPY                             1.00         6.56
02/06*VD54 INMATE PAYROL 1211/JAN58               8.38                      14.94
02/21 W516 LEGAL COPY CH 1318/LCOPY                             1.10        13.84
02/21 W516 LEGAL COPY CH 1318/LCOPY                             0.40        13.44


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/09/98              CASE NUMBER: CR982332BS
COUNTY CODE: HUM                      FINE AMOUNT: $   3,400.00

   DATE      TRANS.    DESCRIPTION               TRANS. AMT.   BALANCE
 --------   ------   ------------------------   ------------  ---------

 09/01/2007         BEGINNING BALANCE                           3,293.06

 09/10/07   VR54    RESTITUTION DEDUCTION-SUPPORT    15.60-     3,277.46
 10/04/07   VR54    RESTITUTION DEDUCTION-SUPPORT    10.92-     3,266.54
 11/06/07   VR54    RESTITUTION DEDUCTION-SUPPORT    14.04-     3,252.50
 12/06/07   VR54    RESTITUTION DEDUCTION-SUPPORT    12.28-     3,240.22
 01/07/08   VR54    RESTITUTION DEDUCTION-SUPPORT     9.94-     3,230.28
```



THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATI

BY
TRUST OFFICE

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/28/08
                                                     PAGE NO:         2
                          KERN VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCT: P22590       ACCT NAME: AYON, JOSE ALBERTO      ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/09/98                       CASE NUMBER: CR982332BS
COUNTY CODE: HUM                               FINE AMOUNT: $   3,400.00

  DATE     TRANS.   DESCRIPTION                  TRANS. AMT.    BALANCE
--------   ------   ------------------------    ------------   ----------
02/06/08    VR54    RESTITUTION DEDUCTION-SUPPORT       9.29-    3,220.99

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                             TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
-----------  -----------  ------------ ------------ ----------- --------------
     3.65        64.92         55.13        13.44       0.00          0.00


                                                   CURRENT
                                                  AVAILABLE
                                                   BALANCE
                                                 -------------
                                                      13.44
                                                 -------------
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
    TRUST OFFICE