**FILED**

MAR 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. AYON,<br><br>    Petitioner,<br><br>vs.<br><br>TONY HEDGEPETH<br><br>    Respondent. | No. C 08-0657 MJJ (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br>(Docket Nos. 3 & 4) |

    Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his state court conviction. Petitioner states in the petition that he is challenging this conviction in a "petition, appeal or other post-conviction proceeding now pending" in the California Supreme Court. (Petition at 5.)

    The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction proceeding in state court. See 28 U.S.C. § 2254(b)-(c); Sherwood v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983). If a post-conviction challenge is pending in state court, a potential federal habeas petitioner must await the outcome of the challenge before his state remedies are considered exhausted. See id. Moreover, the rule in Sherwood applies whether or not the issue raised in the pending state petition is included in the federal petition because a pending state court challenge may result in the

G:\PRO-SE\MJJ\HC.08\ayon2.dsm.wpd

relief the petitioner seeks, thereby mooting the federal petition. See id. (citations omitted).

As petitioner has a habeas petition pending in the California Supreme Court, the instant petition for a writ of habeas corpus is DISMISSED without prejudice to refiling once all state court post-conviction challenges to petitioner's conviction have been completed, and all claims petitioner wishes to raise in federal court have been presented to the California Supreme Court. See 28 U.S.C. § 2254(b)-(c); Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted).

The application to proceed in forma pauperis is GRANTED. The request for an extension of time to file such application is DENIED as moot.

The Clerk shall close the file.

This order terminates Docket Nos. 3 & 4.

IT IS SO ORDERED.

DATED: 3/31/2008

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE AYON,

        Plaintiff,

v.

TONY HEDGPETH et al,

        Defendant.
                                /

Case Number: CV08-00657 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Ayon
Prisoner Id P-22590
P.O. Box 6000 B6 111
Delano, CA 93216

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk